158 A.3d 1244

COMMONWEALTH of Pennsylvania, Respondent

v.

Derrick Anthony CLAY, Petitioner

No. 380 MAL 2016

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.